## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| MICHAEL J. CARPINE, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:13-CV-06-DBH |
| | ) | |
| JAMES FOSS, | ) | |
| | ) | |
| DEFENDANT | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On November 20, 2013, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Decision. The time within which to file objections expired on December 9, 2013, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's motion to amend complaint is **DENIED**. The defendant's motion for summary judgment is **GRANTED**.

**SO ORDERED.**

**DATED THIS 18TH DAY OF DECEMBER, 2013**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**